IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JASON ROCHE, et al, Each **PLAINTIFFS**
Individually and on behalf of
All Others Similarly Situated

vs. No. 5:15-cv-268-XR

S-3 PUMP SERVICE, INC. **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed by S-3 Pump Service, Inc. ("S-3"), on or after April 9, 2012. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid compensation. As a present or former employee of S-3, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]
Name: David Miller
Address: 6258 Autumn Wood Cir
Haughton LA 71037
Email: Smileystats2@yahoo.com
Phone: 318-564-6030

Date: Sep. 14, 2015

/s/ Josh Sanford
Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE SEPTEMBER 21, 2015**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JASON ROCHE, et al, Each**                                **PLAINTIFFS**
**Individually and on behalf of**
**All Others Similarly Situated**

vs.                         No. 5:15-cv-268-XR

**S-3 PUMP SERVICE, INC.**                                    **DEFENDANT**

### CERTIFICATE OF SERVICE FOR ATTACHED CONSENT TO JOIN

I certify that a true and correct copy of the Consent to Join to which this certificate has been appended has been electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorney listed below is registered to receive from the Clerk of the Court an electronic copy thereof:

Cary Hillburn, Esq.
Hilburn & Hilburn APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
cah@hilburnlaw.com

                                                     /s/ Josh Sanford
                                                     **Josh Sanford**