IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JASON ROCHE, SHANE TALLEY, BLAKE VINES, JAMES WEDGEWORTH, BRANDON BURRIS, SEAN FOLLIS, DAVID JURGENS, MARK BURTON, JEFF GANDER, SKYLER GASSNER, PATRICK MASTERSON, CHRIS SCHELL, JUSTINO PENA, JUSTIN MULLER, JAMES THOMPSON, KELBY GOGENOLA, KYLE STURGISS, DONNIE LANG, MICHAEL HATALA, JONAS ROBBINS, JOE CONGER, ROY LEWIS, GEORGE BRICE, DUSTIN MOORE, JEREMY RICHARDSON, CHRIS MITCHELL and MATTHEW GRIFFIN, Each Individually and** on behalf of All Others Similarly Situated                      **PLAINTIFFS**

vs.                                     No. 5:15-cv-268-XR

**S-3 PUMP SERVICE, INC.**                                  **DEFENDANTS**
**MALCOMB SNEED and LINDA SNEED**

**EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE INAPPLICABILITY OF THE MOTOR CARRIER ACT EXEMPTION**

Plaintiffs attach the following exhibits to their Motion:

Exhibit 1 - 30(b)(6) Deposition of Malcolm Sneed, 106:3-7, Sept. 28, 2015;

Exhibit 2 - Brice Dep. 20:2-5, 20:11-17, 27:12-19, 29:6–30:25, 33:10–14, 35:12–16, 37:1-21, 42:3-20, 43:6–44:4, 45:6–46:5, 46:20-47:8, 76:14-18, 77:2–9, 78:3-13, 78:21–79:2, 79:6-80:2, 81:12-21, Sept. 30, 2015;

Exhibit 3 – Roche Dep. 14:12-15:2, 20:18-21:10, 21:18-23, 25:12-20, 26:7-27:1, 27:2-8, 41:11-25, 45:11-17, 45:18-46:9, 46:21-47:2, Sept. 30, 2015;

Exhibit 4 – Wedgeworth Dep. 17:17-19:2, 27:18-28:3, 32:10-24, 35:20-36:4, 36:16-18, 38:4-6, 38:7-15, 40:23-41:2, 47:17-23, 53:2-14, 60:23-63:11, 63:12-24, Oct. 2, 2015;

Page 1 of 3
*Jason Roche, et al. v. S-3 Pump Service, Inc., et al*
U.S.D.C. (W.D. Tex.) Case No. 5:15-cv-268-XR
**Exhibits to Plaintiffs' Motion and Memorandum Brief in Support for Partial Summary Judgment on the Inapplicability of the Motor Carrier Act Exemption**

Exhibit 5 - Schell Dep. 14:9-11, 17:7-19:7, 20:11-16, 26:16-21, 34:16-25, 37:22-38:6, 56:9-15, 56:24-57:13, 58:1-24, Oct. 2, 2015;

Exhibit 6 - 30(b)(6) Deposition of Brian Keith Anglin, Sr., 8:20-9:2, 9:2-7,10:2-23, 11:4-12:24, 15:4-16:1, 18:23-19:10, 19:11-22:23, 22:24-26:23, 34:9-36:25, Sept. 29, 2015;

Exhibit 7 - Josey Dep, 11:23-12:1, 14:12-24, 21:4-11, 21:21-22:2, 22:8-13, 22:14-20, 23:10-14, 31:17-23, 33:6-12, 49:7-11, Sept. 30, 2015;

Exhibit 8 – Griffin Dep. 12:18-19, 15:7-15, 16:17-17:8, 19:5-22, 23:21-25, 34:21-35:3, 38:7-25, 39:3-15, Oct. 2, 2015;

Exhibit 9 - Label on the inside of Plaintiff Shell's F-250 pickup truck; and

Exhibit 10 - S3 Competency Requirements for Hands and Supervisors.

Pursuant to the Agreed Confidentiality and Protective Order (ECF No. 148) all exhibits are filed under seal.

          Respectfully submitted,

**PLAINTIFFS JASON ROCHE, ET AL.**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:   */s/ Josh Sanford*
      Josh Sanford
      Texas. Bar No. 24077858
      josh@sanfordlawfirm.com

Page 2 of 3
*Jason Roche, et al. v. S-3 Pump Service, Inc., et al*
U.S.D.C. (W.D. Tex.) Case No. 5:15-cv-268-XR
**Exhibits to Plaintiffs' Motion and Memorandum Brief in Support for Partial Summary Judgment on the Inapplicability of the Motor Carrier Act Exemption**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, on October 23, 2015, using the electronic case filing system of the Court. The attorney listed below is registered to receive an electronic copy hereof.

      Cary Hilburn, Esq.
      Hilburn & Hilburn, PLC
      220 Carroll Street, Building B
      Shreveport, Louisiana 71105

      /s/ Josh Sanford
      **Josh Sanford**

Page 3 of 3
*Jason Roche, et al. v. S-3 Pump Service, Inc., et al*
U.S.D.C. (W.D. Tex.) Case No. 5:15-cv-268-XR
**Exhibits to Plaintiffs' Motion and Memorandum Brief in Support for Partial Summary Judgment on the Inapplicability of the Motor Carrier Act Exemption**