IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

JASON ROCHE, ET AL            NO. 5:15-CV-268-XR
Each Individually and
on behalf of All Others
Similarly Situated

VERSUS

S-3 PUMP SERVICE, INC.

30(b)(6) DEPOSITION OF S-3 PUMP SERVICE, INC.
DEPOSITION OF MALCOLM H. SNEED, III
September 28, 2015

Reported By:
Donna B. Crenshaw
Certified Court Reporter

```
 1   exactly everybody meant.
 2           Okay?
 3       A.  Yes, ma'am.
 4       Q.  Okay.  So what did you do to prepare for this
 5   deposition?
 6       A.  What did I do?
 7       Q.  Yeah.
 8       A.  Made myself some notes from memory and
 9   checked on a few things, and that was about it.
10       Q.  Did you review any documents?
11       A.  Did I review documents?
12       Q.  Yes, to prepare for the deposition today.
13       A.  Yes, I did.
14       Q.  Which documents did you review, sir?
15       A.  They're internal documents.
16       Q.  Could you name those documents?
17       A.  Well, I mean, I'm going to answer them in
18   later questions, but one of them was pay.  We have a
19   sheet that is set up to show a hand's starting wages.
20   There's a guideline in there, a low and a high.  Same
21   thing with supervisor.
22           We generate that because, when we hire
23   somebody based on previous employment and what their
24   knowledge set is, we may start somebody at a higher
25   rate than somebody else.
```

```
 1      Q.   Okay.  So you reviewed some pay sheet that
 2   shows wages for the employees; right?
 3      A.   For hiring, yes.
 4      Q.   For hiring employees.  Is that just like a
 5   guide?
 6      A.   It's a guide.
 7      Q.   Okay.  And who prepares this guide?
 8      A.   I do.
 9      Q.   You do.  And are you aware if this pay sheet
10   was produced to us in this production that --
11      A.   I have no idea if it was or not.
12      Q.   -- was done several years ago?  Okay.
13      A.   It doesn't mean anything.  But, I mean, if
14   you want it, you can sure have it.
15      Q.   Okay.  Yes, I sure do want it.  I sure do
16   want it then.  I would like to request this document.
17      A.   Not a problem.
18      Q.   Okay.  Anything else that you reviewed?
19      A.   No.
20      Q.   You said that you made some notes.
21           Where are those notes?
22      A.   They're in a shredding machine at the moment,
23   I think.
24      Q.   Did you shred those notes that you made?
25      A.   Well, they were my internal thoughts.  I'm a
```

1  now what you wrote there, is that what you're saying?
2               MR. HILBURN:  Objection, form.
3       A.   Yes.
4  BY MS. JACKSON:
5       Q.   Okay.  Thank you.  Can you please tell me
6  what is your current job title right now at S-3 Pump
7  Service?
8       A.   CEO.
9       Q.   And how long have you been the CEO?
10      A.   Ten years.
11      Q.   And are you also -- did you incorporate S-3
12 Pump Service?
13      A.   Yes.
14      Q.   Okay.  What did you do before you became CEO
15 of S-3 Pump Service?
16      A.   Ten years prior I was district manager for
17 Weatherford International over fishing and rental for
18 North Louisiana.
19      Q.   And what is Weatherford International?  What
20 do they do?
21      A.   It's an old field service company.
22      Q.   And how long did you work for them?
23      A.   Ten years.
24      Q.   What did you do before Weatherford?
25      A.   Before Weatherford, I was in sales at a

1  office.
2  Q. Does your wife has an office?
3  A. Yes. She is my executive secretary.
4  Q. So you say you are responsible for insurance,
5  handling insurance, for S-3 Pump Service?
6  A. Yes.
7  Q. You mean workers' comp insurance?
8  A. Workers' comp, general liability; everything
9  we need.
10  Q. Okay. Do you know if S-3 Pump Service have
11  any insurance that covers this type of lawsuits?
12  A. I haven't checked, but probably not.
13  Q. Okay.
14  A. No. Cover a lawsuit like this?
15  Q. Yeah.
16  A. No, there is no insurance.
17  Q. Any lawsuits {sic} for employment-type
18  lawsuits?
19  A. No.
20  Q. Do you have workers' comp insurance?
21  A. Yes, ma'am.
22  Q. Okay. You also said that you're responsible
23  for payroll as part of S-3 Pump Service?
24  A. Well, not necessarily doing payroll, but that
25  everything is done in accordance with what we do. If

1   there's a problem with payroll, it gets wrote up, it
2   comes to me, I have to sign off on it, and we fix
3   whatever problem that was where we don't have it
4   again.  That's within the corporate structure.
5        Q.   So does S-3 Pump Service have a payroll
6   department?
7        A.   Yes.
8        Q.   How many people work there?
9        A.   One and then her work is reviewed by one of
10  the vice-presidents.
11       Q.   How many employees do you have right now,
12  sir?
13       A.   We're way down.  Probably, and I'm guessing,
14  between 70 and 80.
15       Q.   And what was the highest number of employees
16  S-3 Pump Service ever had?
17       A.   Last I heard was 165 at one point.
18       Q.   And this one payroll person handles payroll
19  for everybody?
20       A.   That is correct.
21       Q.   So, no matter where employee works, in Texas,
22  in Louisiana, anywhere in the field, that one person
23  in payroll department handles payroll for every
24  worker?
25       A.   That's correct.

1     Q.   Okay. And then you said vice-president is
2 responsible for payroll, as well?
3     A.   Vice-president of the corporate office, yes.
4     Q.   Who is that?
5     A.   That would be Courtney Sneed.
6     Q.   Is that your daughter?
7     A.   Yes, ma'am.
8     Q.   What are her job duties relating to payroll?
9     A.   Her job duties are to look over payroll after
10 it's been generated within the system and to okay yes,
11 we can go ahead and print checks.
12     Q.   So do you report to anybody at S-3 Pump
13 Service, or you're the highest person?
14     A.   It's me.
15     Q.   Okay. Who reports to you?
16     A.   Who reports to me?
17     Q.   Yeah.
18     A.   Oh, God. First off, everybody in the
19 company, but directly it would be Nicole and
20 Courtney -- well, Nicole Scates; Courtney Sneed over
21 corporate; Richard Silva, who is president of
22 operations; and then Lesley Amos, my CFO; and then
23 there's a chart that carries down below that.
24     Q.   Okay. And we're going to go over
25 organizational chart a little bitter later. I think

1  A.  Correct.
2  Q.  Okay. So we clarified that your wife, she's
3  not a CEO, she's just your executive secretary?
4  A.  That's correct. She doesn't work a whole lot
5  anymore.
6  Q.  Okay. Is she retired?
7  A.  No.
8  Q.  Are you still working every day?
9  A.  Not every day.
10 Q.  How often do you --
11 A.  Oh, me?
12 Q.  Yeah.
13 A.  No, I work every day.
14 Q.  Okay.
15 A.  I'm sorry. I thought you meant my wife.
16 Q.  No. No. Let me ask -- let me ask you about
17 you first.
18     Do you still go to work every day?
19 A.  Yes, ma'am.
20 Q.  And your office is located at the 1918 Barton
21 Drive, Shreveport?
22 A.  Correct.
23 Q.  Which is the corporate office for S-3 Pump
24 Service?
25 A.  Correct.

1   Q.   You have your own personal office there?
2   A.   Yes.
3   Q.   Your wife has her own personal office there?
4   A.   Yes.
5   Q.   Okay.  What time do you usually get to work?
6   A.   7:30.
7   Q.   What time do you usually leave work?
8   A.   Depends, 6:30 to 9:00 or 10:00.
9   Q.   So you put in full day of work every day?
10  A.   Correct.
11  Q.   14, 90 hours a week, or -- I'm trying to
12  figure out how much you work, actually.
13  A.   Probably 14.  When I go home, I work.  So I
14  do 14, 15 hours of work a day easy.
15  Q.   How many hours your wife works?
16       MR. HILBURN:  I'm going to object again to
17  the extent this is outside the scope of the witness
18  designation.
19  A.   I would hate to put a number on it.
20  BY MS. JACKSON:
21  Q.   Just give me your best estimate.  I know she
22  works at home, which is --
23  A.   Six, seven hours.
24  Q.   A day?
25  A.   Yeah, if that.

1  Q. Okay. Does she work every day?
2  A. No.
3  Q. Okay.
4  A. As my executive secretary she does not work
5  every day, no.
6  Q. How many days a week she usually works?
7  A. Four.
8  Q. Okay. Do you spend majority of your time
9  working from the corporate office, or you travel a
10 lot, too?
11 A. Corporate office.
12 Q. Can you describe to me your regular workday.
13 A. Regular workday, show up 7:30ish. Get
14 something to drink, sit down, start going through all
15 the P&L statements within the company. I look at
16 those daily.
17    Pull up previously what our field reports
18 were, how many jobs we were on, who they were for, how
19 much we're getting for said jobs, is there problems
20 with equipment.
21    Every day is different. I mean, one day you
22 talk about insurance, and another day you're talking
23 about safety, you know. Just everything it
24 encompasses running a company.
25 Q. What is you said pen {sic} statements, what

1    Q.    Okay.  To your knowledge, does S-3 Pump
2  Service have a handbook for the employees?
3    A.    Yes.
4    Q.    Who put that handbook together?
5    A.    That handbook, I did the initial one.  Our
6  handbook now goes to our insurance carrier.  They
7  review it every year and deem what needs to be added
8  and what needs to be taken out.
9    Q.    Okay.  So, when you started, when you and
10 your wife started your company in 2005, right, you put
11 together the handbook for the employees?
12   A.    Correct.
13   Q.    How did you do that?  Did you just sit down
14 and write it?  Did you take a copy from somewhere and
15 just put it together?
16   A.    I used the guidelines from Weatherford
17 International is what I used.
18   Q.    Okay.  So you just took the handbook that you
19 were familiar with while you were working for
20 Weatherford International and made some changes and
21 say here you go, we're going to have this handbook?
22   A.    Correct.
23   Q.    Okay.  Did you do it on your own, or you had
24 somebody else helping you?
25   A.    I did it myself.

Case 5:15-cv-00268-XR   Document 171-1   Filed 11/17/15   Page 12 of 14

79

```
1       Q.   Okay.  How many employees did S-3 Pump
2   Service have when it started?
3       A.   Two.
4       Q.   You and your wife?
5       A.   That's correct.
6       Q.   Okay.  The first year when S-3 Pump Service
7   was operating, how many employees -- what is the
8   highest number of employees that it had?
9       A.   That would have been three or four.
10      Q.   Do you remember when you put this handbook
11  together?
12      A.   It was before we actually started the
13  business.
14      Q.   Okay.  What other documents did you put
15  together when you start S-3 Pump Service?
16      A.   Safety stuff, training, just everything that
17  a business owner has to put together.
18      Q.   Okay.  So training manuals was something that
19  you drafted?
20      A.   The training manuals are what oil companies
21  said we had to have and what we needed to train.
22      Q.   So where did you get that training manual?
23      A.   I don't recall.  On-line site where you
24  download modules to do training and stuff.
25      Q.   Okay.  And safety manual, the same way, you
```

1  just pull it from some website?
2      A.  Safety manual, basically, came from
3  Weatherford and critiqued for our business.
4      Q.  Did you make any changes?
5      A.  Oh, yeah.
6      Q.  Okay.  When you were employed at Weatherford,
7  you were working for them as the district manager;
8  right?
9      A.  Yes.
10     Q.  Okay.  And you took a lot of practices how
11 Weatherford did business to your new company?
12             MR. HILBURN:  Objection, form.
13     A.  What do you mean by practices?
14 BY MS. JACKSON:
15     Q.  Well, you basically -- you know, you adopted
16 the handbook, because you, obviously, probably like it
17 or otherwise you wouldn't take it; right?
18             MR. HILBURN:  Objection, form.
19 BY MS. JACKSON:
20     Q.  You wouldn't use it at S-3 Pump Service?
21     A.  Right.
22     Q.  So you took the handbook and adopted it for
23 S-3 Pump Service and just used that handbook; right?
24     A.  Yes.
25     Q.  Okay.  You took some other -- you said you

```
 1   took some safety manual from them?
 2       A.   I drafted mine close to theirs, yes.
 3       Q.   Okay.  What other practices did you take from
 4   the Weatherford and adopt at S-3 Pump Service?
 5       A.   Are we talking about paper stuff?
 6       Q.   Papers, yes.
 7       A.   That's it.
 8       Q.   That's it.  Okay.
 9            What about the manner of how you pay
10   employees?
11       A.   Demeanor?
12       Q.   No, the manner.  Like, you know, employee
13   classifications, did you take it from the Weatherford?
14       A.   No.
15       Q.   How did you decide how much money you're
16   going to pay your employees?
17       A.   That depends on the market and what it takes
18   to bring good talent in.  That changes day to day in
19   the oil and gas industry.
20       Q.   Did you make the decision of whether to pay
21   employees salary or whether to pay them hourly?
22       A.   No, we did salary.
23       Q.   Okay.  Who made the decision?
24       A.   I did.
25       Q.   Okay.  And is that how Weatherford paid
```